IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KISHONA BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 14 C 2648 |
| | ) |
| CHICAGO TITLE INSURANCE COMPANY, | ) |
| A Nebraska Corporation, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM ORDER

Kishona Brown ("Brown"), who was represented by retained counsel Alan Miller when this employment discrimination action was first brought against Chicago Title Insurance Company, has followed up on attorney Miller's withdrawal from her representation last month by filing a Motion for Attorney Representation ("Motion") on the form made available by the Clerk's Office for use by pro se litigants. Although Brown has not coupled that June 16 filing with a notice of presentment as required by this District Court's LR 5.3(b), that omission on the part of a nonlawyer litigant is both understandable and excusable.

There are however two problems with the Motion. For one thing, Brown's response to the inquiry in Motion ¶ 2 reflects that she is still in the process of looking for retained counsel and is uncertain as to how to go about the search. In that respect, it is suggested that she might try an inquiry to the Chicago Bar Association (312-554-2001) for assistance in that regard. More importantly, though, any request for court assistance in the possible designation of a member of the trial bar to take on Brown's case must be coupled with a showing of her financial inability to retain counsel -- and for that purpose she both must make an effort to locate counsel willing to

handle her case on a contingent basis and, if that is a dead end, must complete an In Forma Pauperis Application ("Application"). For that purpose copies of such an Application, also on a form made available by the Clerk's Office, are being transmitted to Brown with a copy of this memorandum order to permit her promptly to complete and to return an original and a judge's copy of the Application.

                                                                  _____
                                                                  Milton I. Shadur
                                                                  Senior United States District Judge

Date: June 19, 2015